IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 9: 20-cr-309 |
|---|---|
| v. | 18 U.S.C. 922(a)(1)(A)<br>18 U.S.C. 923(a) |
| **ERLAND PLAKU** | 18 U.S.C. 924(a)(1)(D)<br>18 U.S.C. 924(d)(1)<br>28 U.S.C. 2461(c) |
| | **INDICTMENT**<br>**(Under Seal)** |

## **COUNT 1**

THE GRAND JURY CHARGES:

That from on or about June 20, 2025, through July 1, 2025, in the District of South Carolina and elsewhere, the Defendant, **ERLAND PLAKU**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

1

## FORFEITURE

FIREARMS OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Sections 922 as charged in this Indictment, the Defendant, **ERLAND PLAKU**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

(a)     any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1)     involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

Firearms:

(1) Windham Weaponry, Inc. Model WW-15 .556 caliber rifle

(2) American Tactical Outfitter Model ATAC-15 .556 caliber rifle

(3) Bushmaster Firearms Model XM15 .556 caliber rifle

(4) Elite Firearms, LLC Model EF-15 .556 caliber rifle

(5) Anderson Manufacturing Model AM-15 .556 caliber rifle

(6) Palmetto State Armory Model PA-15 .556 caliber rifle

(7) Palmetto State Armory Model PSAK47 .762 caliber rifle

(8) Century Arms International Model AK-63DS .762 caliber rifle

2

(9) Privately manufactured .556 caliber rifle

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A *True* BILL

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Nick Bianchi (Fed. ID # 10245)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Tel.: (843) 727-4381
Email: nick.bianchi@usdoj.gov